**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Shields Nursing Centers, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **94-2545134** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **606 Alfred Nobel Drive**<br>**Hercules, CA 94547**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Contra Costa**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   **www.shieldsnursingcenters.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000         ■ $10,000,001 - $50  million      ☐ $1,000,0O0,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,O00,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

██  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/20/2023
                MM / DD / YYYY

X _____          **William M. Shields Jr.**
Signature of authorized representative of debtor     Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____          Date  09/20/2023
Signature of attorney for debtor                MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**    Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 5 of 71

Fill in this information to identify the case:

Debtor name  **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/20/2023        x _____
                                Signature of individual signing on behalf of debtor

                                **William M. Shields Jr.**
                                Printed name

                                **Chief Executive Officer**
                                Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="3">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td colspan="2">Shields Nursing Centers, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BizFund LLC 2371 McDonald Ave., 2nd Floor Brooklyn, NY 11223 | | Debtor's assets | Unliquidated Disputed | fully undersecured per Debtor's schedules | | $400,000.00 |
| BlueVine 401 Warren St., Ste 300 Redwood City, CA 94063 | | Loan | | | | $178,341.00 |
| CTI III, LLC CTI Corporate Tax Incentives 1720 Prairie City Rd., Ste 120 Folsom, CA 95630 | | Services | Disputed | | | $270,393.51 |
| Dept. of Health Care Services Acct Sect/Cashiers Unit, MS 1101 PO Box 997415 Sacramento, CA 95899-7415 | | Quality Assurance Fee | | | | $760,221.99 |
| Dimension Funding, LLC 6 Hughes Street #220 Irvine, CA 92618 | | Equipment: (1) Nursing Call Systems installed at the Cerrito location and (1) Nursing Call Systems installed at the Richmond location. The equipment i | | $158,842.22 | $45,000.00 | $113,842.22 |

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 7 of 71

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Earleen Miller c/o Labor Commissioner Office 1515 Clay St., Ste 801 Oakland, CA 94612** | | **Pending claim with the Dept of Labor Commissioner** | **Unliquidated Disputed** | | | $137,736.15 |
| **Graph Insurance Group 270 Sylan Ave, Suite 2255 Englewood Cliffs, NJ 07632** | | **Defense counsel fees** | **Disputed** | | | $113,560.93 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Debtor's assets** | | fully undersecured per Debtor's schedule A/B | | $95,794.32 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Debtor's assets** | | fully undesecured per Debtor's schedule A/B | | $181,502.16 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Estimated unpaid payroll taxes** | | | | $4,200,000.00 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Debtor's assets** | | fully undersecured per Debtor's schedule A/B | | $851,339.40 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Payroll tax obligation** | | fully undersecured per Debtor's schedule A/B | | $297,795.19 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Debtor's assets** | | $1,882,355.99 | $1,681,776.08 | $200,579.91 |
| **James Prasad 29910 Bello View Place Hayward, CA 94544** | | **Unpaid rent for Richmond facility for two months** | | | | $82,809.04 |

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 8 of 71

| Debtor | Shields Nursing Centers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kaiser Foundation Health Plan, Inc File 5915 Purchase #602186-0000 Los Angeles, CA 90074-5915 | | Employee health care plan premium | | | | $184,299.12 |
| McKesson Medial-Surgical #31714 PO Box 630693 Cincinnati, OH 45263-0693 | | Medical Supplies | | | | $90,040.62 |
| Pharmerica Attn: LeeAnn - AR PO Box 409251 Atlanta, GA 30384-9251 | | open invoices | | | | $237,431.13 |
| U.S. Small Business Administration El Paso Loan Service Center 10737 Gateway West, Ste. 300 El Paso, TX 79935 | | Debtor's assets | | fully undersecured per Debtor's schedule A/B | | $2,000,000.00 |
| UFS West LLC 1915 Hollywood Blvd., Suite 200A Hollywood, FL 33020 | | Debtor's assets | Unliquidated Disputed | | | $200,000.00 |
| Webfund 99 Washington Ave., Ste 1008 Albany, NY 12260 | | Merchant Cash Advance Loan; UCC statement does not appear to be recorded | Unliquidated Disputed | | | $400,000.00 |

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 9 of 71

Fill in this information to identify the case:

Debtor name: **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1: **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................ $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................... $ _____ **1,726,970.40**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................ $ _____ **1,726,970.40**

Part 2: **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ **5,843,546.11**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____ **374,048.55**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ _____ **7,287,116.20**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b                                                                                         $ _____ **13,504,710.86**

Debtor name **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** — $150.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the West** | **Receivables account** | **9159** | $381.44 |
| 3.2. | **Bank of the West** Cards issued to employees to use when they go to see their doctors Debtor needs to keep this account open; otherwise, the employees won't be able to use the debit cards. | **HSA Marin (high share account with Kaiser for deductibles)** | **9629** | $4,243.81 |
| 3.3. | **Bank of the West** | **Payroll Account** | **9287** | $282,886.91 |
| 3.4. | **Bank of the West** | **Reserve Account** | **5467** | $503.81 |
| 3.5. | **Bank of the West** | **Accounts Payable** | **8849** | $0.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

|  | **Bank of the West** **CA requires interest bearing trust account for patients that would like to deposit funds for the company to keep for them. This includes the patients' social security income (use the funds to pay for certain expenses of the patients, order clothes).** | Patient Trust Account | 0036 | $301.92 |
|---|---|---|---|---|
| 3.6. |  |  |  |  |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $288,467.89 |
|---|---|

| Part 2. | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

[✓] No.  Go to Part 3.
[ ] Yes Fill in the information below.

| Part 3. | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

[ ] No.  Go to Part 4.
[✓] Yes Fill in the information below.

| 11. | **Accounts receivable** 11a. 90 days old or less: Accounts receivable from Medicare, Medi-Cal, Private Insurances, HMO/MGD Care, Hospice (El Cerrito): $500,832.94 Accounts receivable from Medicare, Medi-Cal, Private Insurances, HMO/MGD Care, Hospice (Richmond): $1,072,870.86. Total between the Richmond and El Cerrito is $1,573,703.80. Debtor anticipates collecting 80% of the face value which is $1,258,963.04. | **$1,258,963.04** face amount | - | **0.00** = .... doubtful or uncollectible accounts | **$1,258,963.04** |
|---|---|---|---|---|---|

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 12 of 71

11b. Over 90 days old:
Accounts receivable from
Medicare, Medi-Cal,
Private Insurances,
HMO/MGD Care, Hospice
(Cerritos): $54,082.43
(50% likelihood of
collection: $27,041.21).
Accounts receivable from
Medicare, Medi-Cal,
Private Insurances,
HMO/MGD Care, Hospice
(Richmond): $127,996.53
(50% likelihood of
collection = $63,998.26).

| $182,078.94 | - | $91,039.47 | =.... | $91,039.47 |
| face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $1,350,002.51 |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.  See item #39 below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |

39. **Office furniture**

**Inventory List for both locations: 125 electric bends, 125 night stands, 125 table lamps, 125 overbed tables, 40 desktop computers including monitors, 12 laptops and tablets, 125 folding chairs, 125 26' LCD TV in resident rooms, 2 65' LCD in common areas, 2 dinning room tables, 12 dining room tables, 3 hoyer lifts, 3 dynomaps, 40 dining room chairs, 24 office furniture (includes desk and chairs), 3 conference tables, 10 common area furniture (chairs and end tables), 3 housekeeping cards, patient supplies, 7 refrigerators and freezers, 3 plate warmers, 3 microwaves, 2 steam tables, plates and silverware.**

$28,500.00

40.   Office fixtures

41.   Office equipment, including all computer equipment and communication systems equipment and software
      **Equipment: (1) Nursing Call Systems installed at the Cerrito location and (1) Nursing Call Systems installed at the Richmond location. The equipment is financed with Dimension Funding, LLC for a 60 month term which commenced in May 2022 with a monthly payment of $3,672.00. The vendor for the nurse call systems is RF Technologies.**

$45,000.00

**Leased Entertain360 Equipment for El Cerrito location, including all parts, accessories, and attachment thereto.**

$0.00 (leased)

**Leased Entertain360 for Richmond location, including all parts, accessories, and attachment thereto.**

$0.00 (leased)

42.   Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   Total of Part 7.
      Add lines 39 through 42. Copy the total to line 86.

$73,500.00

44.   Is a depreciation schedule available for any of the property listed in Part 7?
      ☑ No
      ☐ Yes

45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?
      ☑ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

      ☐ No. Go to Part 9.
      ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2004 Isuzu Box Truck: vehicle is paid in full; 52,956 miles.** | _____ | _____ | **$5,000.00** |
| 47.2.   **2014 Ram Pro-master: paid in full with 48,002 miles** | _____ | _____ | **$10,000.00** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | **$15,000.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

**54.1** Lease agreement between El Cerrito Investment Group, LLC ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for the real property commonly known as 3230 Carlson Blvd., El Cerrito, CA ("Shields Nursing Center"). The Lease commenced on September 1, 1999 with an option to extend the term of the lease for three periods of five years each by giving notice to Landlord. The base rent provides for percentage increase. Rent is due by the 10th of each month. The lease is intended to be a Net Lease. Tenant is responsible for real and personal taxes, and for payment of the utilities. Current base rent amount is $22,341.00. Debtor wishes to assume the lease.

**54.2** Lease agreement between James Prasad ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for the premises located at 1919 Cutting Blvd., Richmond, California (the "Premises"). The Lease commenced on October 1, 2011 with three options to extend the lease by 5 years each. Monthly base rent is due by the 10th of each month. Tenant is responsible for real and personal property taxes and for utilities. Current base rent is $41,405.00. Debtor wishes to assume the Lease.

**54.3** Lease agreement between Willie & Monique Shields ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for certain freestanding building and parking area commonly known as 606 Alfred Nobel Drive, Hercules, CA 94547 (the "Premises"). The Lease commenced on March 1, 2005 and has an end date of February 28, 2025. Tenant shall have an option to extend the term of the Lease for three periods of five years each by giving written notice to exercise this option at least 6 months prior to the expiration of the prior lease term. Tenant shall pay Landlord monthly base rent of $15,352.20 subject to adjustment per Section 4.2 of the Lease. Tenant is also responsible for personal property and real property taxes as well as substitute and additional taxes that might be assessed on the property. Tenant is also responsible for all utilities and services furnished for the Premises. Current base rent is $16,427.00. Debtor wishes to assume the Lease.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties<br>**California Dept of Public Health License issued by Health Care Services for Richmond facility; License No.: 140000276.**<br>**California Dept of Public Health License issued by Health Care Services for El Cerrito facility; License No.: 140000139** | | | $0.00 |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66. **Total of Part 10.**                                                                              | $0.00 |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 16 of 71

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $288,467.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,350,002.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $73,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,726,970.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,726,970.40 |

Debtor name **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** BizFund LLC
Creditor's Name

**2371 McDonald Ave., 2nd Floor**
**Brooklyn, NY 11223**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/10/2023**
**Last 4 digits of account number**
**6925**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$400,000.00**  Column B: **$0.00**

**2.2** CT Corporation System, as representative
Creditor's Name

**330 N. Brand Blvd., Ste 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/20/2019**
**Last 4 digits of account number**
**0384**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Debtor's assets**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**  Column B: **$0.00**

Case: 23-41201     Doc# 1     Filed: 09/20/23     Entered: 09/20/23 18:41:46     Page 18 of 71

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **CT Corporation System, as representative** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                    Unknown           $0.00
**Debtor's assets**

**330 N. Brand Blvd., Ste 700
Glendale, CA 91203**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**8/2/2019**
Last 4 digits of account number
**9874**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **CT Corporation System, as representative** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                    Unknown           $0.00
**Debtor's assets**

**330 N. Brand Blvd., Ste 700
Glendale, CA 91203**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/24/2022**
Last 4 digits of account number
**6331**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **CT Corporation System, as representative** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                    Unknown           $0.00
**Debtor's assets**

**330 N. Brand Blvd., Ste 700
Glendale, CA 91203**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 19 of 71

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/11/2019**
Last 4 digits of account number
**2300**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.6 | **Dimension Funding, LLC** | Describe debtor's property that is subject to a lien | $158,842.22 | $45,000.00 |
| --- | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**Equipment: (1) Nursing Call Systems installed at El Cerrito location and (1) Nursing Call Systems installed at the Richmond location. The equipment is financed with Dimension Funding, LLC for a 60 month term which commenced in May 2022 wit**

**6 Hughes Street #220**
**Irvine, CA 92618**
Creditor's mailing address

Describe the lien
**Equipment Finance Agreement / UCC Statement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**May 6, 2022**
Last 4 digits of account number
**7328**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Employee Development Department** | Describe debtor's property that is subject to a lien | $194.32 | $0.00 |
| --- | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**Debtor's assets**

**PO Box 826203**
**Sacramento, CA 94230**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien for 7/1/16 - 9/30/16**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/17/2017**
Last 4 digits of account number
**6310**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 20 of 71

| 2.8 | **First Corporate Solutions, representative** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**914 S. Street**
**Sacramento, CA 95811**

Creditor's mailing address

Describe the lien

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/27/2022**

**Last 4 digits of account number**
**5418**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.9 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $95,794.32 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P O Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe the lien

**Notice of Federal Tax Lien for 4th Q of 2018**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/13/2019**

**Last 4 digits of account number**
**7295**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $851,339.40 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P O Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe the lien

**Notice of Federal Tax Lien for 2012 - 2016**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/22/2018**

**Last 4 digits of account number**
**5811**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Shields Nursing Centers, Inc.**  Case number (if known) _____
Name

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 1 | **Internal Revenue Service** | | $1,882,355.99 | $0.00 |

Creditor's Name

**P O Box 7346
Philadelphia, PA
19101-7346**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**Notice of Federal Tax Lien for 2011 - 2017**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/22/2018**
**Last 4 digits of account number
6064**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Internal Revenue Service** | | $181,502.16 | $0.00 |

Creditor's Name

**P O Box 7346
Philadelphia, PA
19101-7346**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**Notice of Federal Tax Lien for 3/31/2018**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/17/2018**
**Last 4 digits of account number
0360**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Leaf Capital Funding, LLC** | | $33,212.39 | $0.00 (leased) |

Creditor's Name

**2005 Market Street, 14th Fl
Philadelphia, PA 19103**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leased Entertain360 Equipment for El Cerrito location, including all parts, accessories, and attachment thereto.**

**Describe the lien**
**Equipment Lease for El Cerrito /
UCC Financing**
Is the creditor an insider or related party?
- [x] No

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 5 of 8

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**December 22, 2022**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6730**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | $40,305.31 | $0.00 (leased) |
|---|---|---|---|---|

**2.1 4**   **Leaf Capital Funding, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leased Entertain360 for Richmond location, including all parts, accessories, and attachment thereto.**

**2005 Market Street, 14th Fl Philadelphia, PA 19103**
Creditor's mailing address

**Describe the lien**
**Equipment Lease for Richmond**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/23/2023; UCC recorded 3/31/2023**

**Last 4 digits of account number**
**8332**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | $2,000,000.00 | $0.00 |
|---|---|---|---|---|

**2.1 5**   **U.S. Small Business Administration**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**El Paso Loan Service Center**
**10737 Gateway West, Ste. 300, El Paso, TX 79935**
Creditor's mailing address

**Describe the lien**
**EIDL Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/23/2020**

**Last 4 digits of account number**
**8008**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **UFS West LLC** | | | $200,000.00 | $0.00 |

Creditor's Name

1915 Hollywood Blvd.,
Suite 200A
Hollywood, FL 33020

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
5/2/2023

**Last 4 digits of account number**
1531

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

_____

_____

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $5,843,546.11 |

---

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CESC - Covid EIDL Service Center**<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | Line 2.15 | |
| **U.S. Small Business Administration**<br>Attn: District Counsel<br>455 Market Street, Suite 600<br>San Francisco, CA 94105 | | |
| **CIT Bank, N.A., a Division of**<br>**First-Citizens Bank & Trust Company**<br>10201 Centurion Pkwy N., #100<br>Jacksonville, FL 32256 | Line 2.6 | |
| **Internal Revenue Service**<br>PO Box 145595<br>Stop 8420G<br>Cincinnati, OH 45250-5585 | Line 2.9 | |
| **Leaf Capital Funding, LLC**<br>1720A Crete Street<br>Moberly, MO 65270 | Line 2.13 | |
| **Lien Solutions**<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line 2.2 | |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 24 of 71

| Debtor | **Shields Nursing Centers, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | <sub>Name</sub> | | |

| | | |
|--|--|--|
| **RF Technologies**<br>**3125 N 126th Street**<br>**Brookfield, WI 53005** | Line   **2.6** | |
| **Sentrics**<br>**1720A Crete Street**<br>**Moberly, MO 65270** | Line   **2.13** | |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 25 of 71

**Fill in this information to identify the case:**

Debtor name    **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,253.36** | **$76,253.36** |

**2.1**

Priority creditor's name and mailing address

**Employee Development
Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001**

Date or dates debt was incurred
**2nd and 3rd Q of 2023**

Last 4 digits of account number **5134**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Tax obligation**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$76,253.36**   Priority amount **$76,253.36**

---

**2.2**

Priority creditor's name and mailing address

**Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred
**3rd Q of 2023**

Last 4 digits of account number **5134**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll tax obligation**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$297,795.19**   Priority amount **$297,795.19**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 26 of 71

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       **$3,700.60** |

**3.1** Nonpriority creditor's name and mailing address

**Ability Non-Emergency Medical Transport**
970 Rock Ridge Way
Pittsburg, CA 94565

Date(s) debt was incurred  2022 – 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,700.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**Accelerated Care Plus Corp**
13828 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred  2022 – 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,951.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Allied Propane**
c/o Sandra
5000 Seaport Ave
Richmond, CA 94804

Date(s) debt was incurred  2022 – 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$18.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address

**AMPG Healthcare Solution, Inc**
1313 N. Milpitas Blvd #154
Milpitas, CA 95035

Date(s) debt was incurred  2022 – 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$28,648.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address

**Ashley and Alexandra Stuteville**
c/o Milanfar Law Firm, PC
Attn: Shahrad Milanfar, Esq.
1777 Oakland Blvd., Ste 220B
Walnut Creek, CA 94596

Date(s) debt was incurred _
Last 4 digits of account number  2208

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim:  Request for dismissal of lawsuit filed on 6/18/2023 and entered on 6/22/2023; included as a precaution and for notification purposes only
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address

**ATC Healthcare Services**
75 Remittance Dr
Dept 6773
Chicago, IL 60675

Date(s) debt was incurred  2022 – 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,965.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address

**Bay Area Surgical Specialists**
365 Lennon Lane
Walnut Creek, CA 94598

Date(s) debt was incurred  2022 - 2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$876.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Vendor
Is the claim subject to offset? ■ No ☐ Yes

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 27 of 71

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,601.03 |
|-----|---|---|---|

**Bay Janitorial, Inc**
**3014 Ford Street**
**Oakland, CA 94601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,341.00 |
|-----|---|---|---|

**BlueVine**
**401 Warren St., Ste 300**
**Redwood City, CA 94063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|-----|---|---|---|

**Brazell Carter, M.D.**
**2600 Macdonald Ave**
**Richmond, CA 94804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|-----|---|---|---|

**California Beverage Systems, Inc**
**2502 Technology Dr**
**Hayward, CA 94545**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|-----|---|---|---|

**California Dept of Public Heath**
**Fiscal Management Branch, MS 3202**
**Sacramento, CA 95899**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Assessment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.65 |
|-----|---|---|---|

**California Diesel & Power**
**150 Nardi Lane**
**Martinez, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,069.91 |
|-----|---|---|---|

**Capstone Health LLC**
**11155 San Pablo Ave, Suite A**
**El Cerrito, CA 94530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.00 |
|---|---|---|---|
| | **City of El Cerrito** | ☐ Contingent | |
| | **Attn: A/R Clerk** | ☐ Unliquidated | |
| | **10890 San Pablo Ave** | ☐ Disputed | |
| | **El Cerrito, CA 94530** | | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Licensing fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,719.00 |
|---|---|---|---|
| | **City of Richmond** | ☐ Contingent | |
| | **c/o Finance Dept** | ☐ Unliquidated | |
| | **450 Civic Center Dr., PO Box 4046** | ■ Disputed | |
| | **Richmond, CA 94804** | | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Licensing fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.32 |
|---|---|---|---|
| | **Community Mobile Diagnostic Inc** | ☐ Contingent | |
| | **Attn: Cash Apps** | ☐ Unliquidated | |
| | **PO Box 676210** | ☐ Disputed | |
| | **Dallas, TX 75267-6210** | | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,027.92 |
|---|---|---|---|
| | **Community Mobile Ultrasound Inc** | ☐ Contingent | |
| | **Attn: Cash Apps** | ☐ Unliquidated | |
| | **PO Box 676210** | ☐ Disputed | |
| | **Dallas, TX 75267-6210** | | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,833.13 |
|---|---|---|---|
| | **Contra Costa County Tax Collector** | ☐ Contingent | |
| | **PO Box 51104** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051** | ☐ Disputed | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.22 |
|---|---|---|---|
| | **Cooper & Hawkins Inc** | ☐ Contingent | |
| | **2701 San Pablo Ave** | ☐ Unliquidated | |
| | **Berkeley, CA 94702** | ☐ Disputed | |
| | Date(s) debt was incurred _2022 – 2023_ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,393.51 |
|---|---|---|---|
| | **CTI III, LLC** | ☐ Contingent | |
| | **CTI Corporate Tax Incentives** | ☐ Unliquidated | |
| | **1720 Prairie City Rd., Ste 120** | ■ Disputed | |
| | **Folsom, CA 95630** | | |
| | Date(s) debt was incurred _6/2023_ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number _9784_ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-41201 Doc# 1 Filed: 09/20/23 Entered: 09/20/23 18:41:46 Page 29 of 71

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,523.12**

**Daniels Sharpsmart, Inc**
**Daniels Health**
**111 W Jackson Blvd., Ste. 1900**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760,221.99**

**Dept. of Health Care Services**
**Acct Sect/Cashiers Unit, MS 1101**
**PO Box 997415**
**Sacramento, CA 95899-7415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Quality Assurance Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,856.10**

**Diagnostic Laboratories SL**
**Coomunity Mobile Diagnostic**
**Attn: Cash Applications**
**PO Box 676210**
**Dallas, TX 75267-6210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,365.94**

**Dialysis Access Center A Medical Corp**
**Dept 33528**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,255.07**

**Direct Supply, Inc**
**Healtlhcare Equipment**
**PO Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,736.15**

**Earleen Miller**
**c/o Labor Commissioner Office**
**1515 Clay St., Ste 801**
**Oakland, CA 94612**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **1/13/2020**

**Basis for the claim:** **Pending claim with the Dept of Labor Commissioner**

Last 4 digits of account number **1731**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,587.78**

**East Bay Sanitary Co**
**PO Box 1316**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 30 of 71

| Debtor | Shields Nursing Centers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,739.77 |
|---|---|---|
| Ecolab<br>PO Box 100512<br>Pasadena, CA 91189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,681.70 |
|---|---|---|
| El Cerrito Investment Group, LLC<br>Eyring Realty, Inc<br>PO Box 2408<br>Danville, CA 94526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __August and September 2023__ | Basis for the claim: __Unpaid rent for El Cerrito facility for two months__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,417.00 |
|---|---|---|
| Entech Medical<br>1910 D Street<br>La Verne, CA 91750-5410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,907.00 |
|---|---|---|
| Fire & Security Alarm Company<br>1552 Beach Street Unit S<br>Emeryville, CA 94608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,012.81 |
|---|---|---|
| First Insurance Funding<br>PO Box 3604<br>Northbrook, IL 60065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,560.93 |
|---|---|---|
| Graph Insurance Group<br>270 Sylan Ave, Suite 2255<br>Englewood Cliffs, NJ 07632 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Defense counsel fees__ | |
| Last 4 digits of account number __1033__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|
| Grove Menus, Inc<br>16404 NE 127th Street<br>Kearney, MO 64060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022 – 2023__ | Basis for the claim: __Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 31 of 71

| Debtor | **Shields Nursing Centers, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.36** | Nonpriority creditor's name and mailing address
**IGeneX Inc**
**556 Gibraltar Drive**
**Milpitas, CA 95035**

Date(s) debt was incurred __2022 – 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$4,312.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Independent Life Medical Supplies LLC**
**2036 Blake Street**
**Berkeley, CA 94704**

Date(s) debt was incurred __2022 – 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$15,666.68

---

**3.38** | Nonpriority creditor's name and mailing address
**Interactive Medical Systems, Inc**
**PO Box 843789**
**Los Angeles, CA 90084-3789**

Date(s) debt was incurred __2022 – 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$8,203.30

---

**3.39** | Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __From 2001 -__

Last 4 digits of account number __5134__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Estimated unpaid payroll taxes__

Is the claim subject to offset? ☒ No ☐ Yes

$4,200,000.00

---

**3.40** | Nonpriority creditor's name and mailing address
**James Prasad**
**29910 Bello View Place**
**Hayward, CA 94544**

Date(s) debt was
incurred __August 2023 - September 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid rent for Richmond facility for two months__

Is the claim subject to offset? ☒ No ☐ Yes

$82,809.04

---

**3.41** | Nonpriority creditor's name and mailing address
**JJ Medical Transport Services**
**2007 Cavalry Ave.**
**Manteca, CA 95337**

Date(s) debt was incurred __2022 – 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$770.00

---

**3.42** | Nonpriority creditor's name and mailing address
**Johnson Controls**
**Dept. CH 10320**
**Palatine, IL 60055-0320**

Date(s) debt was incurred __2022 – 2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$14,123.01

---

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 32 of 71

| Debtor | **Shields Nursing Centers, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184,299.12** |
|---|---|---|---|

**Kaiser Foundation Health Plan, Inc**
**File 5915**
**Purchase #602186-0000**
**Los Angeles, CA 90074-5915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __July 2023 - September 2023__

Basis for the claim: __Employee health care plan premium__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madeline Bernier, et al**
**c/o McMahan & Carroll Law**
**Attn: Carl A. McMahan, Esq.**
**11755 Wilshire Blvd., Ste 2370**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2093__

Basis for the claim: __Pending lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.00** |
|---|---|---|---|

**Marin Benefits**
**6366 Commerce Blvd., Suite 293**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$548.00** |
|---|---|---|---|

**Matrix Pest Eliminations**
**PO Box 2968**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,040.62** |
|---|---|---|---|

**McKesson Medial-Surgical #31714**
**PO Box 630693**
**Cincinnati, OH 45263-0693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Medical Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,483.16** |
|---|---|---|---|

**McKesson Medical-Surgical 31722**
**PO Box 630693**
**Cincinnati, OH 45263-0693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Medical Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,392.22** |
|---|---|---|---|

**Nextaff Group, LLC**
**c/o Webster Bank**
**PO Box 847637**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address<br>**Office of Statewide Health Plan & Devt**<br>**Dept. of Health Care Access & Info**<br>**Sacramento, CA 95833**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,418.67** |
| 3.51 | Nonpriority creditor's name and mailing address<br>**Pharmerica**<br>**Attn: LeeAnn - AR**<br>**PO Box 409251**<br>**Atlanta, GA 30384-9251**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **open invoices**<br>Is the claim subject to offset? ■ No ☐ Yes | **$237,431.13** |
| 3.52 | Nonpriority creditor's name and mailing address<br>**PointClickCare Technologies Inc**<br>**PO Box 674802**<br>**Detroit, MI 48267-4802**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,389.50** |
| 3.53 | Nonpriority creditor's name and mailing address<br>**Republic Services #851**<br>**3-0851-1103911**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Garbage service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,902.44** |
| 3.54 | Nonpriority creditor's name and mailing address<br>**Republic Services #852**<br>**3-0851-1210199**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Garbage service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,514.89** |
| 3.55 | Nonpriority creditor's name and mailing address<br>**Republic Services #853**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>Date(s) debt was incurred **2022 - 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Garbage service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$308.43** |
| 3.56 | Nonpriority creditor's name and mailing address<br>**Scent Air Technologies, Inc**<br>**PO Box 978754**<br>**Dallas, TX 75397**<br><br>Date(s) debt was incurred **2022 – 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,664.20** |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,475.48** |
|---|---|---|---|
| | Shiftmed, LLC<br>PO Box 124004<br>Dallas, TX 75312 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Registry services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.50** |
|---|---|---|---|
| | Simpson, Garrity, Innes & Jacuzzi PC<br>601 Gateway Blvd., Suite 950<br>South San Francisco, CA 94080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | Skilled MD, Inc.<br>1154 Earnest Street<br>Hercules, CA 94547 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,447.24** |
|---|---|---|---|
| | Smartlinx Solutions LLC<br>PO Box 22598<br>New York, NY 10087-2598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.00** |
|---|---|---|---|
| | Some Things Fishy LLC<br>1950 Willow Springs Road<br>Morgan Hill, CA 95037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,906.94** |
|---|---|---|---|
| | Spectrio, LLC<br>PO Box 890271<br>Charlotte, NC 28289 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|
| | Spherical Medial PC<br>600 Alfred Noble Dr, Ste A<br>Hercules, CA 94547 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 23-41201     Doc# 1     Filed: 09/20/23     Entered: 09/20/23 18:41:46     Page 35 of 71

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.54 |
|---|---|---|---|

**Staples Advantage**
Dept LA
PO Box 660409
Dallas, TX 75266-0409

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,330.00 |
|---|---|---|---|

**Superior Plumbing & Drain Cleaning**
1000 13th Street
Richmond, CA 94801

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.62 |
|---|---|---|---|

**Sutter East Bay Medical Foundation**
PO Box 254887
Sacramento, CA 95865

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,183.05 |
|---|---|---|---|

**Sysco Food Services of SF #931287**
PO Box 5019
Fremont, CA 94537

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,332.31 |
|---|---|---|---|

**Sysco Food Services of SF #931295**
PO Box 5019
Fremont, CA 94537

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Department of Public Health**
Lic & Cert Program
Grant and Fiscal Assessment Unit
Sacramento, CA 95899

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.70 |
|---|---|---|---|

**Tootris**
6170 Cornerstone Ct E, Ste. 33
San Diego, CA 92121

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 36 of 71

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $11,334.49 |
|---|---|---|---|

**Trident Diagnostics LLC**
1840 N. Greenville Ave., Ste 178
Richardson, TX 75081-1898

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2023_

Basis for the claim: _March - June (EC/RH Invoices)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $400,000.00 |
|---|---|---|---|

**Webfund**
99 Washington Ave., Ste 1008
Albany, NY 12260

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _6/7/2023_

Basis for the claim: _Merchant Cash Advance Loan; UCC statement does not appear to be recorded_

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $16,352.00 |
|---|---|---|---|

**Willie & Monique Shields**
238 Malachite Crt.
Hercules, CA 94547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _September 2023_

Basis for the claim: _Unpaid rent for the corporate facility for one month_

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $13,255.20 |
|---|---|---|---|

**Zipline.io Limited**
Company Number 4835934
2900 Colorado Ave
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Graph Insurance Group**<br>c/o Lipsius-Benhaim Law, LLP<br>Attn: Meir L. Goldberg<br>80-02 Kew Gardens Rd, Ste 1030<br>Kew Gardens, NY 11415 | Line _3.34_<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | **Hanson Bridgett LLP**<br>Attn: Josue Aparicio, Esq.<br>425 Market St., FL 26<br>San Francisco, CA 94105 | Line _3.27_<br><br>☐ Not listed. Explain ____ | — |
| 4.3 | **Nextaff**<br>8153 Elk Grove Blvd., Ste 20<br>Elk Grove, CA 95758 | Line _3.49_<br><br>☐ Not listed. Explain ____ | — |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor  **Shields Nursing Centers, Inc.**                    Case number (if known) _____
         Name

5a. Total claims from Part 1                    | Total of claim amounts |
5b. Total claims from Part 2

| | | Total of claim amounts |
|---|---|---|
| 5a. | $ | 374,048.55 |
| 5b. + | $ | 7,287,116.20 |

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

| | | |
|---|---|---|
| 5c. | $ | 7,661,164.75 |

Debtor name **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.  State what the contract or lease is for and the nature of the debtor's interest

**Equipment Finance Agreement between Debtor and Dimension Funding, LLC for (1) Nursing Call Systems installed at the Cerrito location and (1) Nursing Call Systems installed at the Richmond location. The equipment is financed with Dimension Funding, LLC for a 60 month term which commenced in May 2022 with a monthly payment of $3,672.00. The vendor for the nurse call systems is RF Technologies.**

State the term remaining **May 2027**

List the contract number of any government contract _____

**Dimension Funding, LLC
6 Hughes Street #220
Irvine, CA 92618**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement between El Cerrito Investment Group, LLC ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for the real property commonly known as 3230 Carlson Blvd., El Cerrito, CA ("Shields Nursing Center"). The Lease commenced on September 1, 1999 with an option to extend the term of the lease for three periods of five years each by giving notice to Landlord. The base rent provides for percentage increase. Rent is due by the 10th of each month. The lease is intended to be a Net Lease. Tenant is responsible for real and personal taxes, and for payment of the utilities. Current base rent amount is $22,341.00. Debtor wishes to assume the lease.** | |
| | State the term remaining | **3 years remaining** | El Cerrito Investment Group, LLC Eyring Realty, Inc PO Box 2408 Danville, CA 94526 |
| | List the contract number of any government contract | _____ | |

Case: 23-41201     Doc# 1     Filed: 09/20/23     Entered: 09/20/23 18:41:46     Page 40 of 71

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement between James Prasad ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for the premises located at 1919 Cutting Blvd., Richmond, California (the "Premises"). The Lease commenced on October 1, 2011 with three options to extend the lease by 5 years each. Monthly base rent is due by the 10th of each month. Tenant is responsible for real and personal property taxes and for utilities. Current base rent is $41,405.00. Debtor wishes to assume the Lease. | |
|---|---|---|---|
| | State the term remaining | 10 years remaining | James Prasad |
| | List the contract number of any government contract | _____ | 29910 Bello View Place Hayward, CA 94544 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease agreement between Debtor and Sentrics for Entertain360 equipment located at the El Cerrito location. The lease commenced on December 9, 2022 for 60 months at $623.62/month. The payments are sent to Leaf Capital Funding, LLC. Debtor wishes to assume the lease and continue making the payments. | |
|---|---|---|---|
| | State the term remaining | December 9, 2027 | Leaf Capital Funding, LLC |
| | List the contract number of any government contract | _____ | 2005 Market Street, 14th Fl Philadelphia, PA 19103 |

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 41 of 71

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease agreement between Debtor and Sentrics for Entertain360 equipment located at the Richmonds location. The lease commenced in March 2023 for 60 months at $625.49/month. The payments are sent to Leaf Capital Funding, LLC. Debtor wishes to assume the lease and continue making the payments.** | |
| | State the term remaining | **March 2028** | |
| | List the contract number of any government contract | _____ | **Leaf Capital Funding, LLC**<br>**2005 Market Street, 14th Fl**<br>**Philadelphia, PA 19103** |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 42 of 71

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement between Willie & Monique Shields ("Landlord") and Shields Nursing Centers, Inc. ("Tenant") for certain freestanding building and parking area commonly known as 606 Alfred Nobel Drive, Hercules, CA 94547 (the "Premises"). The Lease commenced on March 1, 2005 and has an end date of February 28, 2025. Tenant shall have an option to extend the term of the Lease for three periods of five years each by giving written notice to exercise this option at least 6 months prior to the expiration of the prior lease term. Tenant shall pay Landlord monthly base rent of $15,352.20 subject to adjustment per Section 4.2 of the Lease. Tenant is also responsible for personal property and real property taxes as well as substitute and additional taxes that might be assessed on the property. Tenant is also responsible for all utilities and services furnished for the Premises. Current base rent is $16,427.00. Debtor wishes to assume the Lease. | |
|---|---|---|---|
| | State the term remaining | February 28, 2025 | Willie & Monique Shields |
| | List the contract number of any government contract | | 238 Malachite Crt. Hercules, CA 94547 |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 43 of 71

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bahzi Records LLC** | **606 Alfred Nobel Dr. Hercules, CA 94547** | **BizFund LLC** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **G.I.V.E. Inc.** | **606 Alfred Nobel Dr. Hercules, CA 94547** | **BizFund LLC** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **Hercules Businses Center Association** | **606 Alfred Nobel Dr. Hercules, CA 94547** | **BizFund LLC** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | **Monique Shields** | **238 Malachite Ct. Hercules, CA 94547** | **U.S. Small Business Admin** | ■ D __2.15__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | **Monique Shields** | **238 Malachite Ct. Hercules, CA 94547** | **Earleen Miller** | ☐ D ____ <br> ■ E/F __3.27__ <br> ☐ G ____ |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 44 of 71

| Debtor | Shields Nursing Centers, Inc. | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | Subxtreme LLC | 606 Alfred Nobel Dr.<br>Hercules, CA 94547 | BizFund LLC | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | The Estates at<br>Marsten Ranch<br>Owners Assn | 606 Alfred Nobel Dr.<br>Hercules, CA 94547 | BizFund LLC | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | William M.<br>Shields Jr. | 238 Malachite Crt.<br>Hercules, CA 94547 | U.S. Small Business<br>Admin | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | William M.<br>Shields Jr. | 238 Malachite Crt.<br>Hercules, CA 94547 | UFS West LLC | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | William M.<br>Shields Jr. | 238 Malachite Crt.<br>Hercules, CA 94547 | Webfund | ☐ D ____<br>■ E/F __3.72__<br>☐ G ____ |
| 2.11 | William M.<br>Shields Jr. | 238 Malachite Crt.<br>Hercules, CA 94547 | Earleen Miller | ☐ D ____<br>■ E/F __3.27__<br>☐ G ____ |
| 2.12 | William M.<br>Shields Jr. | 238 Malachite Crt.<br>Hercules, CA 94547 | BizFund LLC | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 45 of 71

Debtor name   **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross receipts (estimated)** | **$8,730,439.25** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross receipts** | **$15,942,651.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **Gross receipts** | **$15,736,653.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 46 of 71

| Debtor | Shields Nursing Centers, Inc. | | Case number (if known) | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Diagnostic Laboratories SL**<br>**Coomunity Mobile Diagnostic**<br>**Attn: Cash Applications**<br>**PO Box 676210**<br>**Dallas, TX 75267-6210** | **7/25/2023**<br>**8/31/2023** | **$28,989.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Graph Insurance Group**<br>**270 Sylan Ave, Suite 2255**<br>**Englewood Cliffs, NJ 07632** | **7/31/2023** | **$81,142.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | **within 90**<br>**days** | **$439,295.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**payroll tax obligation**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or other transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **William M. Shields Jr.**<br>**238 Malachite Crt.**<br>**Hercules, CA 94547**<br>**CEO** | **2022** | **$240,974.14** | **Officer compensation** |
| 4.2. | **Monique Shields**<br>**238 Malachite Ct.**<br>**Hercules, CA 94547**<br>**COO** | **2022** | **$190,996.96** | **Officer compensation** |
| 4.3. | **Gregory Shields**<br>**637 Renaissance Avenue**<br>**Fairfield, CA 94534**<br>**Son of Debtor's CEO** | **2022**<br>**compensatio**<br>**n** | **$100,004.16** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case: 23-41201     Doc# 1     Filed: 09/20/23     Entered: 09/20/23 18:41:46     Page 47 of 71

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ashley and Alexandra Stuteville v. Shields Nursing Centers. Inc.<br>MSC21-02208 | Request for dismissal of lawsuit filed on 6/18/2023 and entered on 6/22/2023; included as a precaution and for notification purposes only | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Earleen Miller v. Shields Nursing Centers, Inc.<br>WC-CM-691731 | Pending claim with the Dept of Labor Commissioner | Labor Commissioner State of CA 1515 Clay St., Ste 801 Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Madeline Bernier, by and through her Successor in Interest, Andree Toussaint, et al. v. Shields Nursing Centers, Inc., et al.<br>C22-02093 | Personal Injury or Wrongful Death | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Living Word Ministries Community Church 2920 Hilltop Mall Road Richmond, CA 94804 | Charitable contributions | YTD 2023 | $50,000.00 |
| | Recipients relationship to debtor | | | |

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 48 of 71

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd, 6th Floor<br>Beverly Hills, CA 90212 | | $22,000 paid on 8/28/2023<br>$24,738 paid on 9/14/2023 | $46,738.00 |
| | Email or website address<br>Michael.Berger@bankruptcypower.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Richmond Nursing Center 1919 Cutting Blvd. Richmond, CA 94804** | **Skilled Nursing Facility** | 94 |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **1919 Cutting Blvd., Richmond, CA 94804** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
| 15.2. **El Cerrito Nursing Facility 3230 Carlson Blvd., El Cerrito, CA 94530** | **Skilled Nursing Facility** | 35 |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3230 Carlson Blvd., El Cerrito, California** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, date of birth, social security number, address, health insurance information, and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 50 of 71

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 51 of 71

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **James P. Nettleton**<br>**684 Park Hill Rd.**<br>**Danville, CA 94526** | **for the last 30 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **James P. Nettleton**<br>**684 Park Hill Rd.**<br>**Danville, CA 94526** | |
| 26c.2.  **William M. Shields Jr.**<br>**238 Malachite Crt.**<br>**Hercules, CA 94547** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 52 of 71

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William M. Shields Jr. | 238 Malachite Crt. Hercules, CA 94547 | CEO | 100% equity interest in the Debtor |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monique Shields | 238 Malachite Ct. Hercules, CA 94547 | COO | 0% equity ownership interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Monique Shields** 238 Malachite Crt. Hercules, CA 94547 | $190,996.96 | 2022 - 2023 | **Officer compensation** |
| | Relationship to debtor COO | | | |
| 30.2. | **William M. Shields Jr.** 238 Malachite Crt. Hercules, CA 94547 | $240,974.14 | 2022 - 2023 | **Officer compensation** |
| | Relationship to debtor CEO | | | |
| 30.3. | **Gregory Shields** 637 Renaissance Avenue Fairfield, CA 94534 | $100,004 | 2022 - 2023 | Compensation |
| | Relationship to debtor Son of Debtor's CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Case: 23-41201   Doc# 1   Filed: 09/20/23   Entered: 09/20/23 18:41:46   Page 53 of 71

■ No
☐ Yes. Identify below.

**Name of the parent corporation**        **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**        **Employer Identification number of the pension fund**

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *09/20/2023*

_____      **William M. Shields Jr.**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case: 23-41201    Doc# 1    Filed: 09/20/23    Entered: 09/20/23 18:41:46    Page 54 of 71

# United States Bankruptcy Court
## Northern District of California

In re   **Shields Nursing Centers, Inc.**            Case No. _____
                                  Debtor.       Chapter     **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor in this case.

2.      The compensation paid or agreed to be paid by the debtor, to the undersigned is:

         a)      For legal services rendered or to be rendered in contemplation of and in connection with this case a RETAINER OF             $      **45,000.00**

         b)      Prior to the filing of this statement, debtor has paid A RETAINER OF    $      **45,000.00**

         c)      The unpaid balance due and payable is                  $      **0.00**

3.      $   **1,738.00**   of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

         a.      Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code.

         b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

         c.      Representation of the debtor at the meeting of creditors.

5.      The source of payments made by the debtor to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:     *9/20/2022*                    Respectfully submitted,

                                                    Attorney for Debtor. Michael Jay Berger SBN 100291
                                                    **Law Offices of Michael Jay Berger**
                                                    **9454 Wilshire Boulevard, 6th floor**
                                                    **Beverly Hills, CA 90212**
                                                    **(310) 271-6223  Fax: (310) 271-9805**
                                                    **michael.berger@bankruptcypower.com**

# United States Bankruptcy Court
## Northern District of California

In re   **Shields Nursing Centers, Inc.**       Case No. _____

Debtor.     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William M. Shields Jr.**<br>**238 Malachite Crt.**<br>**Hercules, CA 94547** | | | **100% equity ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, William M. Shields Jr., the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _09/20/23_           Signature _[signature]_
                                         William M. Shields Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**Shields Nursing Centers, Inc.**

Case No.

_____ Debtor(s). _____ /

## CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __13__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   9/20/23

_____
Signature of Debtor's Attorney or Pro Per Debtor

Ability Non-Emergency Medical Transport
970 Rock Ridge Way
Pittsburg, CA 94565


Accelerated Care Plus Corp
13828 Collections Center Dr
Chicago, IL 60693


Allied Propane
c/o Sandra
5000 Seaport Ave
Richmond, CA 94804


AMPG Healthcare Solution, Inc
1313 N. Milpitas Blvd #154
Milpitas, CA 95035


Ashley and Alexandra Stuteville
c/o Milanfar Law Firm, PC
Attn: Shahrad Milanfar, Esq.
1777 Oakland Blvd., Ste 220B
Walnut Creek, CA 94596


ATC Healthcare Services
75 Remittance Dr
Dept 6773
Chicago, IL 60675


Bahzi Records LLC
606 Alfred Nobel Dr.
Hercules, CA 94547


Bay Area Surgical Specialists
365 Lennon Lane
Walnut Creek, CA 94598

Bay Janitorial, Inc
3014 Ford Street
Oakland, CA 94601


BizFund LLC
2371 McDonald Ave., 2nd Floor
Brooklyn, NY 11223


BlueVine
401 Warren St., Ste 300
Redwood City, CA 94063


Brazell Carter, M.D.
2600 Macdonald Ave
Richmond, CA 94804


California Beverage Systems, Inc
2502 Technology Dr
Hayward, CA 94545


California Dept of Public Heath
Fiscal Management Branch, MS 3202
Sacramento, CA 95899


California Diesel & Power
150 Nardi Lane
Martinez, CA 94553


Capstone Health LLC
11155 San Pablo Ave, Suite A
El Cerrito, CA 94530

CESC - Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


CIT Bank, N.A., a Division of
First-Citizens Bank & Trust Company
10201 Centurion Pkwy N., #100
Jacksonville, FL 32256


City of El Cerrito
Attn: A/R Clerk
10890 San Pablo Ave
El Cerrito, CA 94530


City of Richmond
c/o Finance Dept
450 Civic Center Dr., PO Box 4046
Richmond, CA 94804


Community Mobile Diagnostic Inc
Attn: Cash Apps
PO Box 676210
Dallas, TX 75267-6210


Community Mobile Ultrasound Inc
Attn: Cash Apps
PO Box 676210
Dallas, TX 75267-6210


Contra Costa County Tax Collector
PO Box 51104
Los Angeles, CA 90051


Cooper & Hawkins Inc
2701 San Pablo Ave
Berkeley, CA 94702

CT Corporation System, as representative
330 N. Brand Blvd., Ste 700
Glendale, CA 91203


CTI III, LLC
CTI Corporate Tax Incentives
1720 Prairie City Rd., Ste 120
Folsom, CA 95630


Daniels Sharpsmart, Inc
Daniels Health
111 W Jackson Blvd., Ste. 1900
Chicago, IL 60604


Dept. of Health Care Services
Acct Sect/Cashiers Unit, MS 1101
PO Box 997415
Sacramento, CA 95899-7415


Diagnostic Laboratories SL
Coomunity Mobile Diagnostic
Attn: Cash Applications
PO Box 676210
Dallas, TX 75267-6210


Dialysis Access Center A Medical Corp
Dept 33528
PO Box 39000
San Francisco, CA 94139


Dimension Funding, LLC
6 Hughes Street #220
Irvine, CA 92618


Direct Supply, Inc
Healtlhcare Equipment
PO Box 88201
Milwaukee, WI 53288-0201

Earleen Miller
c/o Labor Commissioner Office
1515 Clay St., Ste 801
Oakland, CA 94612


East Bay Sanitary Co
PO Box 1316
El Cerrito, CA 94530


Ecolab
PO Box 100512
Pasadena, CA 91189


El Cerrito Investment Group, LLC
Eyring Realty, Inc
PO Box 2408
Danville, CA 94526


Employee Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Employee Development Department
PO Box 826203
Sacramento, CA 94230


Entech Medical
1910 D Street
La Verne, CA 91750-5410


Fire & Security Alarm Company
1552 Beach Street Unit S
Emeryville, CA 94608

First Corporate Solutions, representativ
914 S. Street
Sacramento, CA 95811


First Insurance Funding
PO Box 3604
Northbrook, IL 60065


G.I.V.E. Inc.
606 Alfred Nobel Dr.
Hercules, CA 94547


Graph Insurance Group
270 Sylan Ave, Suite 2255
Englewood Cliffs, NJ 07632


Graph Insurance Group
c/o Lipsius-Benhaim Law, LLP
Attn: Meir L. Goldberg
80-02 Kew Gardens Rd, Ste 1030
Kew Gardens, NY 11415


Grove Menus, Inc
16404 NE 127th Street
Kearney, MO 64060


Hanson Bridgett LLP
Attn: Josue Aparicio, Esq.
425 Market St., FL 26
San Francisco, CA 94105


Hercules Businses Center Association
606 Alfred Nobel Dr.
Hercules, CA 94547

IGeneX Inc
556 Gibraltar Drive
Milpitas, CA 95035


Independent Life Medical Supplies LLC
2036 Blake Street
Berkeley, CA 94704


Interactive Medical Systems, Inc
PO Box 843789
Los Angeles, CA 90084-3789


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 145595
Stop 8420G
Cincinnati, OH 45250-5585


James Prasad
29910 Bello View Place
Hayward, CA 94544


JJ Medical Transport Services
2007 Cavalry Ave.
Manteca, CA 95337


Johnson Controls
Dept. CH 10320
Palatine, IL 60055-0320

Kaiser Foundation Health Plan, Inc
File 5915
Purchase #602186-0000
Los Angeles, CA 90074-5915


Leaf Capital Funding, LLC
2005 Market Street, 14th Fl
Philadelphia, PA 19103


Leaf Capital Funding, LLC
1720A Crete Street
Moberly, MO 65270


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Madeline Bernier, et al
c/o McMahan & Carroll Law
Attn: Carl A. McMahan, Esq.
11755 Wilshire Blvd., Ste 2370
Los Angeles, CA 90025


Marin Benefits
6366 Commerce Blvd., Suite 293
Rohnert Park, CA 94928


Matrix Pest Eliminations
PO Box 2968
Livermore, CA 94551


McKesson Medial-Surgical #31714
PO Box 630693
Cincinnati, OH 45263-0693

McKesson Medical-Surgical 31722
PO Box 630693
Cincinnati, OH 45263-0693


Monique Shields
238 Malachite Ct.
Hercules, CA 94547


Nextaff
8153 Elk Grove Blvd., Ste 20
Elk Grove, CA 95758


Nextaff Group, LLC
c/o Webster Bank
PO Box 847637
Boston, MA 02284


Office of Statewide Health Plan & Devt
Dept. of Health Care Access & Info
Sacramento, CA 95833


Pharmerica
Attn: LeeAnn - AR
PO Box 409251
Atlanta, GA 30384-9251


PointClickCare Technologies Inc
PO Box 674802
Detroit, MI 48267-4802


Republic Services #851
3-0851-1103911
PO Box 78829
Phoenix, AZ 85062-8829

Republic Services #852
3-0851-1210199
PO Box 78829
Phoenix, AZ 85062-8829


Republic Services #853
PO Box 78829
Phoenix, AZ 85062-8829


RF Technologies
3125 N 126th Street
Brookfield, WI 53005


Scent Air Technologies, Inc
PO Box 978754
Dallas, TX 75397


Sentrics
1720A Crete Street
Moberly, MO 65270


Shiftmed, LLC
PO Box 124004
Dallas, TX 75312


Simpson, Garrity, Innes & Jacuzzi PC
601 Gateway Blvd., Suite 950
South San Francisco, CA 94080


Skilled MD, Inc.
1154 Earnest Street
Hercules, CA 94547

Smartlinx Solutions LLC
PO Box 22598
New York, NY 10087-2598


Some Things Fishy LLC
1950 Willow Springs Road
Morgan Hill, CA 95037


Spectrio, LLC
PO Box 890271
Charlotte, NC 28289


Spherical Medial PC
600 Alfred Noble Dr, Ste A
Hercules, CA 94547


Staples Advantage
Dept LA
PO Box 660409
Dallas, TX 75266-0409


Subxtreme LLC
606 Alfred Nobel Dr.
Hercules, CA 94547


Superior Plumbing & Drain Cleaning
1000 13th Street
Richmond, CA 94801


Sutter East Bay Medical Foundation
PO Box 254887
Sacramento, CA 95865

Sysco Food Services of SF #931287
PO Box 5019
Fremont, CA 94537


Sysco Food Services of SF #931295
PO Box 5019
Fremont, CA 94537


The Department of Public Health
Lic & Cert Program
Grant and Fiscal Assessment Unit
Sacramento, CA 95899


The Estates at Marsten Ranch Owners Assn
606 Alfred Nobel Dr.
Hercules, CA 94547


Tootris
6170 Cornerstone Ct E, Ste. 33
San Diego, CA 92121


Trident Diagnostics LLC
1840 N. Greenville Ave., Ste 178
Richardson, TX 75081-1898


U.S. Small Business Administration
El Paso Loan Service Center
10737 Gateway West, Ste. 300
El Paso, TX 79935


U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105

UFS West LLC
1915 Hollywood Blvd., Suite 200A
Hollywood, FL 33020


Webfund
99 Washington Ave., Ste 1008
Albany, NY 12260


William M. Shields Jr.
238 Malachite Crt.
Hercules, CA 94547


Willie & Monique Shields
238 Malachite Crt.
Hercules, CA 94547


Zipline.io Limited
Company Number 4835934
2900 Colorado Ave
Santa Monica, CA 90404

## United States Bankruptcy Court
### Northern District of California

In re   **Shields Nursing Centers, Inc.** _____

Debtor.

Case No. _____
Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shields Nursing Centers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**N/A**

☐ None [*Check if applicable*]

Date   9/20/2023

Michael Jay Berger (SBN 100291)
Signature of Attorney or Litigant
Counsel for   **Shields Nursing Centers, Inc.**
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax:(310) 271-9805
michael.berger@bankruptcypower.com