# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 9/21/2023
Case: 23–41201  Form ID: 309F1  Total: 115

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr           Not Assigned – OK
                                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Shields Nursing Centers, Inc. | 606 Alfred Nobel Drive | Hercules, CA 94547 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building  450 Golden Gate Ave. 5th Fl., #05–0153  San Francisco, CA 94102 |
| intp | Dimension Funding LLC | 6 Hughes Street #220 | Irvine, CA 92618 |
| aty | Michael Jay Berger | Law Offices of Michael Jay Berger | 9454 Wilshire Blvd., 6th Floor  Beverly Hills, CA 90212 |
| aty | Trevor Ross Fehr | Office of the U.S. Trustee  280 S 1st St. #268 | San Jose, CA 95113 |
| smg | Labor Commissioner | 1515 Clay St.  Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.  P.O. Box 942879 | Sacramento, CA 94279 |
| smg | IRS  P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E  P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit  P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15542400 | AMPG Healthcare Solution, Inc | 1313 N. Milpitas Blvd #154 | Milpitas, CA 95035 |
| 15542402 | ATC Healthcare Services | 75 Remittance Dr  Dept 6773 | Chicago, IL 60675 |
| 15542397 | Ability Non–Emergency Medical Transport | 970 Rock Ridge Way | Pittsburg, CA 94565 |
| 15542398 | Accelerated Care Plus Corp | 13828 Collections Center Dr | Chicago, IL 60693 |
| 15542399 | Allied Propane  c/o Sandra | 5000 Seaport Ave | Richmond, CA 94804 |
| 15542401 | Ashley and Alexandra Stuteville | c/o Milanfar Law Firm, PC  Attn: Shahrad Milanfar, Esq. | 1777 Oakland Blvd., Ste 220B  Walnut Creek, CA 94596 |
| 15542403 | Bahzi Records LLC | 606 Alfred Nobel Drive | Hercules, CA 94547 |
| 15542404 | Bay Area Surgical Specialists | 365 Lennon Lane | Walnut Creek, CA 94598 |
| 15542405 | Bay Janitorial, Inc | 3014 Ford Street | Oakland, CA 94601 |
| 15542406 | BizFund LLC | 2371 McDonald Ave., 2nd Floor | Brooklyn, NY 11223 |
| 15542407 | BlueVine | 401 Warren St., Ste 300 | Redwood City, CA 94063 |
| 15542408 | Brazell Carter, M.D. | 2600 Macdonald Ave | Richmond, CA 94804 |
| 15542413 | CESC – Covid EIDL Service Center | 14925 Kingsport Rd. | Fort Worth, TX 76155 |
| 15542414 | CIT Bank, N.A., a Division of | First–Citizens Bank & Trust Company | 10201 Centurion Pkwy N., #100  Jacksonville, FL 32256 |
| 15542555 | CIT Bank, N.A., a Division of | First–Citizens Bank & Trust Company | 10201 Centurion Pkwy N., #100  Jacksonville, FL 32256 |
| 15542421 | CT Corporation System, as representative | 330 N. Brand Blvd., Ste 700 | Glendale, CA 91203 |
| 15542422 | CTI III, LLC  CTI Corporate Tax Incentives | 1720 Prairie City Rd., Ste 120 | Folsom, CA 95630 |
| 15542529 | CTI Ill, LLC  CTI Corporate Tax  Incentives | 1720 Prairie City  Rd., Ste 120 | Folsom, CA 95630 |
| 15542409 | California Beverage Systems, Inc | 2502 Technology Dr | Hayward, CA 94545 |
| 15542410 | California Dept of Public Heath | Fiscal Management Branch, MS 3202 | Sacramento, CA 95899 |
| 15542411 | California Diesel & Power | 150 Nardi Lane | Martinez, CA 94553 |
| 15542412 | Capstone Health LLC | 11155 San Pablo Ave, Suite A | El Cerrito, CA 94530 |
| 15542415 | City of El Cerrito  Attn: A/R Clerk | 10890 San Pablo Ave | El Cerrito, CA 94530 |
| 15542416 | City of Richmond  c/o Finance Dept | 450 Civic Center Dr., PO Box 4046 | Richmond, CA 94804 |
| 15542417 | Community Mobile Diagnostic Inc  Attn: Cash Apps | PO Box 676210 | Dallas, TX 75267–6210 |
| 15542418 | Community Mobile Ultrasound Inc  Attn: Cash Apps | PO Box 676210 | Dallas, TX 75267–6210 |
| 15542419 | Contra Costa County Tax Collector | PO Box 51104 | Los Angeles, CA 90051 |
| 15542420 | Cooper & Hawkins Inc | 2701 San Pablo Ave | Berkeley, CA 94702 |
| 15542423 | Daniels Sharpsmart, Inc  Daniels Health | 111 W Jackson Blvd., Ste. 1900 | Chicago, IL 60604 |
| 15542424 | Dept. of Health Care Services | Acct Sect/Cashiers Unit, MS 1101  PO Box 997415 | Sacramento, CA 95899–7415 |
| 15542425 | Diagnostic Laboratories SL | Coomunity Mobile Diagnostic  Attn: Cash Applications | PO Box 676210  Dallas, TX 75267–6210 |
| 15542426 | Dialysis Access Center A Medical Corp | Dept 33528  PO Box 39000 | San Francisco, CA 94139 |
| 15542427 | Dimension Funding, LLC | 6 Hughes Street #220 | Irvine, CA 92618 |
| 15542428 | Direct Supply, Inc  Healtlhcare Equipment | PO Box 88201 | Milwaukee, WI 53288–0201 |
| 15542429 | Earleen Miller  c/o Labor Commissioner Office | 1515 Clay St., Ste 801 | Oakland, CA 94612 |
| 15542430 | East Bay Sanitary Co | PO Box 1316 | El Cerrito, CA 94530 |
| 15542431 | Ecolab  PO Box 100512 | Pasadena, CA 91189 | |
| 15542432 | El Cerrito Investment Group, LLC  Eyring Realty, Inc | PO Box 2408 | Danville, CA 94526 |
| 15542433 | Employee Development Department | Bankruptcy Group MIC 92E  PO Box 826880 | Sacramento, CA 94280–0001 |

| | | | | |
|---|---|---|---|---|
| 15542434 | Employee Development Department | PO Box 826203 | Sacramento, CA 94230 | |
| 15542435 | Entech Medical | 1910 D Street | La Verne, CA 91750-5410 | |
| 15542436 | Fire & Security Alarm Company | 1552 Beach Street Unit S | Emeryville, CA 94608 | |
| 15542554 | First Corporate Solutions, | representative | 914 S. Street | Sacramento, CA 95811 |
| 15542437 | First Corporate Solutions, representativ | 914 S. Street | Sacramento, CA 95811 | |
| 15542438 | First Insurance Funding | PO Box 3604 | Northbrook, IL 60065 | |
| 15542439 | G.I.V.E. Inc. | 606 Alfred Nobel Dr. | Hercules, CA 94547 | |
| 15542440 | Graph Insurance Group | 270 Sylan Ave, Suite 2255 | Englewood Cliffs, NJ 07632 | |
| 15542441 | Graph Insurance Group | c/o Lipsius-Benhaim Law, LLP | Attn: Meir L. Goldberg | 80-02 Kew Gardens Rd, Ste 1030 | Kew Gardens, NY 11415 |
| 15542442 | Grove Menus, Inc | 16404 NE 127th Street | Kearney, MO 64060 | |
| 15542443 | Hanson Bridgett LLP | Attn: Josue Aparicio, Esq. | 425 Market St., FL 26 | San Francisco, CA 94105 |
| 15542444 | Hercules Businses Center Association | 606 Alfred Nobel Dr. | Hercules, CA 94547 | |
| 15542445 | IGeneX Inc | 556 Gibraltar Drive | Milpitas, CA 95035 | |
| 15542446 | Independent Life Medical Supplies LLC | 2036 Blake Street | Berkeley, CA 94704 | |
| 15542447 | Interactive Medical Systems, Inc | PO Box 843789 | Los Angeles, CA 90084-3789 | |
| 15542448 | Internal Revenue Service | P O Box 7346 | Philadelphia, PA 19101-7346 | |
| 15542449 | Internal Revenue Service | PO Box 145595 | Stop 8420G | Cincinnati, OH 45250-5585 |
| 15542451 | JJ Medical Transport Services | 2007 Cavalry Ave. | Manteca, CA 95337 | |
| 15542450 | James Prasad | 29910 Bello View Place | Hayward, CA 94544 | |
| 15542452 | Johnson Controls | Dept. CH 10320 | Palatine, IL 60055-0320 | |
| 15542453 | Kaiser Foundation Health Plan, Inc | File 5915 | Purchase #602186-0000 | Los Angeles, CA 90074-5915 |
| 15542455 | Leaf Capital Funding, LLC | 1720A Crete Street | Moberly, MO 65270 | |
| 15542454 | Leaf Capital Funding, LLC | 2005 Market Street, 14th Fl | Philadelphia, PA 19103 | |
| 15542456 | Lien Solutions | PO Box 29071 | Glendale, CA 91209-9071 | |
| 15542457 | Madeline Bernier, et al | c/o McMahan & Carroll Law | Attn: Carl A. McMahan, Esq. | 11755 Wilshire Blvd., Ste 2370 | Los Angeles, CA 90025 |
| 15542458 | Marin Benefits | 6366 Commerce Blvd., Suite 293 | Rohnert Park, CA 94928 | |
| 15542459 | Matrix Pest Eliminations | PO Box 2968 | Livermore, CA 94551 | |
| 15542460 | McKesson Medial-Surgical #31714 | PO Box 630693 | Cincinnati, OH 45263-0693 | |
| 15542461 | McKesson Medical-Surgical 31722 | PO Box 630693 | Cincinnati, OH 45263-0693 | |
| 15542462 | Monique Shields | 238 Malachite Ct. | Hercules, CA 94547 | |
| 15542463 | Nextaff | 8153 Elk Grove Blvd., Ste 20 | Elk Grove, CA 95758 | |
| 15542464 | Nextaff Group, LLC | c/o Webster Bank | PO Box 847637 | Boston, MA 02284 |
| 15542465 | Office of Statewide Health Plan & Devt | Dept. of Health Care Access & Info | Sacramento, CA 95833 | |
| 15542466 | Pharmerica | Attn: LeeAnn - AR | PO Box 409251 | Atlanta, GA 30384-9251 |
| 15542467 | PointClickCare Technologies Inc | PO Box 674802 | Detroit, MI 48267-4802 | |
| 15542471 | RF Technologies | 3125 N 126th Street | Brookfield, WI 53005 | |
| 15542468 | Republic Services #851 | 3-0851-1103911 | PO Box 78829 | Phoenix, AZ 85062-8829 |
| 15542469 | Republic Services #852 | 3-0851-1210199 | PO Box 78829 | Phoenix, AZ 85062-8829 |
| 15542470 | Republic Services #853 | PO Box 78829 | Phoenix, AZ 85062-8829 | |
| 15542472 | Scent Air Technologies, Inc | PO Box 978754 | Dallas, TX 75397 | |
| 15542473 | Sentrics | 1720A Crete Street | Moberly, MO 65270 | |
| 15542474 | Shiftmed, LLC | PO Box 124004 | Dallas, TX 75312 | |
| 15542475 | Simpson, Garrity, Innes & Jacuzzi PC | 601 Gateway Blvd., Suite 950 | South San Francisco, CA 94080 | |
| 15542476 | Skilled MD, Inc. | 1154 Earnest Street | Hercules, CA 94547 | |
| 15542477 | Smartlinx Solutions LLC | PO Box 22598 | New York, NY 10087-2598 | |
| 15542478 | Some Things Fishy LLC | 1950 Willow Springs Road | Morgan Hill, CA 95037 | |
| 15542479 | Spectrio, LLC | PO Box 890271 | Charlotte, NC 28289 | |
| 15542480 | Spherical Medial PC | 600 Alfred Noble Dr, Ste A | Hercules, CA 94547 | |
| 15542481 | Staples Advantage | Dept LA | PO Box 660409 | Dallas, TX 75266-0409 |
| 15542482 | Subxtreme LLC | 606 Alfred Nobel Dr. | Hercules, CA 94547 | |
| 15542483 | Superior Plumbing & Drain Cleaning | 1000 13th Street | Richmond, CA 94801 | |
| 15542484 | Sutter East Bay Medical Foundation | PO Box 254887 | Sacramento, CA 95865 | |
| 15542485 | Sysco Food Services of SF #931287 | PO Box 5019 | Fremont, CA 94537 | |
| 15542486 | Sysco Food Services of SF #931295 | PO Box 5019 | Fremont, CA 94537 | |
| 15542487 | The Department of Public Health | Lic & Cert Program | Grant and Fiscal Assessment Unit | Sacramento, CA 95899 |
| 15542488 | The Estates at Marsten Ranch Owners Assn | 606 Alfred Nobel Dr. | Hercules, CA 94547 | |
| 15542489 | Tootris | 6170 Cornerstone Ct E, Ste. 33 | San Diego, CA 92121 | |
| 15542490 | Trident Diagnostics LLC | 1840 N. Greenville Ave., Ste 178 | Richardson, TX 75081-1898 | |
| 15542492 | U.S. Small Business Administration | Attn: District Counsel | 455 Market Street, Suite 600 | San Francisco, CA 94105 |
| 15542491 | U.S. Small Business Administration | El Paso Loan Service Center | 10737 Gateway West, Ste. 300 | El Paso, TX 79935 |
| 15542493 | UFS West LLC | 1915 Hollywood Blvd., Suite 200A | Hollywood, FL 33020 | |
| 15542494 | Webfund | 99 Washington Ave., Ste 1008 | Albany, NY 12260 | |
| 15542495 | William M. Shields Jr. | 238 Malachite Crt. | Hercules, CA 94547 | |
| 15542496 | Willie & Monique Shields | 238 Malachite Crt. | Hercules, CA 94547 | |
| 15542497 | Zipline.io Limited | Company Number 4835934 | 2900 Colorado Ave | Santa Monica, CA 90404 |

TOTAL: 114