

The following constitutes the order of the Court.
Signed: September 27, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHIELDS NURSING CENTERS, INC.,<br><br>Debtor. | Case No. 23-41201 CN<br>Chapter 11<br><br>**ORDER AFTER HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO MAINTAIN PRE-PEITION BANK ACCOUNTS** |

On September 26, 2023, the court conducted a hearing on Debtor's Emergency Motion for Order Authorizing Debtor to Maintain Pre-Petition Bank Accounts. Appearances were stated on the record. At the hearing the United States Trustee inquired about appointing a Heathcare Ombudsman. Debtor does not oppose the appointment of a Heathcare Ombudsman. Accordingly,

**IT IS HEREBY ORDERED** that under Bankruptcy Code § 333, the Court directs the United States Trustee to appoint a Heathcare Ombudsman.

***END OF ORDER***

Case No. 23-41201

## COURT SERVICE LIST

**Shields Nursing Centers, Inc.**
606 Alfred Nobel Drive
Hercules, CA 94547

**William M. Shields, Jr.**
238 Malachite Crt.
Hercules, CA 94547

Other recipients are ECF participants