Fill in this information to identify the case:

Debtor name **Shields Nursing Centers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **23-41201**

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Employee Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76,253.36** | **$76,253.36** |
| Date or dates debt was incurred<br>**2nd and 3rd Q of 2023** | Basis for the claim:<br>**Tax obligation** | | |
| Last 4 digits of account number **5134**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$297,795.19** | **$297,795.19** |
|---|---|---|---|
| Date or dates debt was incurred<br>**3rd Q of 2023** | Basis for the claim:<br>**Payroll tax obligation** | | |
| Last 4 digits of account number **5134**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 23-41201   Doc# 55   Filed: 10/17/23   Entered: 10/17/23 18:50:34   Page 1 of 16

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,700.60 |
| --- | --- | --- | --- |

**Ability Non-Emergency Medical Transport**
970 Rock Ridge Way
Pittsburg, CA 94565

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,951.56 |
| --- | --- | --- | --- |

**Accelerated Care Plus Corp**
13828 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
| --- | --- | --- | --- |

**Allied Propane**
c/o Sandra
5000 Seaport Ave
Richmond, CA 94804

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,648.54 |
| --- | --- | --- | --- |

**AMPG Healthcare Solution, Inc**
1313 N. Milpitas Blvd #154
Milpitas, CA 95035

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Ashley and Alexandra Stuteville**
c/o Milanfar Law Firm, PC
Attn: Shahrad Milanfar, Esq.
1777 Oakland Blvd., Ste 220B
Walnut Creek, CA 94596

Date(s) debt was incurred _

Last 4 digits of account number  **2208**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Request for dismissal of lawsuit filed on 6/18/2023 and entered on 6/22/2023; included as a precaution and for notification purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,965.65 |
| --- | --- | --- | --- |

**ATC Healthcare Services**
75 Remittance Dr
Dept 6773
Chicago, IL 60675

Date(s) debt was incurred  **2022 – 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $876.32 |
| --- | --- | --- | --- |

**Bay Area Surgical Specialists**
365 Lennon Lane
Walnut Creek, CA 94598

Date(s) debt was incurred  **2022 - 2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 23-41201    Doc# 55    Filed: 10/17/23    Entered: 10/17/23 18:50:34    Page 2 of 16

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,601.03 |
|---|---|---|---|

**Bay Janitorial, Inc**
**3014 Ford Street**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $178,341.00 |
|---|---|---|---|

**BlueVine**
**401 Warren St., Ste 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,500.00 |
|---|---|---|---|

**Brazell Carter, M.D.**
**2600 Macdonald Ave**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,625.00 |
|---|---|---|---|

**California Beverage Systems, Inc**
**2502 Technology Dr**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $50,000.00 |
|---|---|---|---|

**California Dept of Public Heath**
**Fiscal Management Branch, MS 3202**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Assessment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,750.65 |
|---|---|---|---|

**California Diesel & Power**
**150 Nardi Lane**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,069.91 |
|---|---|---|---|

**Capstone Health LLC**
**11155 San Pablo Ave, Suite A**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.00 |
|---|---|---|---|

**City of El Cerrito**
**Attn: A/R Clerk**
**10890 San Pablo Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Licensing fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,719.00 |
|---|---|---|---|

**City of Richmond**
**c/o Finance Dept**
**450 Civic Center Dr., PO Box 4046**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Licensing fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.32 |
|---|---|---|---|

**Community Mobile Diagnostic Inc**
**Attn: Cash Apps**
**PO Box 676210**
**Dallas, TX 75267-6210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,027.92 |
|---|---|---|---|

**Community Mobile Ultrasound Inc**
**Attn: Cash Apps**
**PO Box 676210**
**Dallas, TX 75267-6210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,833.13 |
|---|---|---|---|

**Contra Costa County Tax Collector**
**PO Box 51104**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.22 |
|---|---|---|---|

**Cooper & Hawkins Inc**
**2701 San Pablo Ave**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2022 – 2023_

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,393.51 |
|---|---|---|---|

**CTI III, LLC**
**CTI Corporate Tax Incentives**
**1720 Prairie City Rd., Ste 120**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _6/2023_

Basis for the claim: __Services__

Last 4 digits of account number _9784_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,523.12 |

**Daniels Sharpsmart, Inc**
**Daniels Health**
**111 W Jackson Blvd., Ste. 1900**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $760,221.99 |

**Dept. of Health Care Services**
**Acct Sect/Cashiers Unit, MS 1101**
**PO Box 997415**
**Sacramento, CA 95899-7415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Quality Assurance Fee

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $69,856.10 |

**Diagnostic Laboratories SL**
**Coomunity Mobile Diagnostic**
**Attn: Cash Applications**
**PO Box 676210**
**Dallas, TX 75267-6210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,365.94 |

**Dialysis Access Center A Medical Corp**
**Dept 33528**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,255.07 |

**Direct Supply, Inc**
**Healtlhcare Equipment**
**PO Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $137,736.15 |

**Earleen Miller**
**c/o Appleton Law Group, APC**
**Attn: Heather Appleton, Esq.**
**2041 Rosecrans Ave., Ste. 380**
**El Segundo, CA 90245**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/13/2020**

**Basis for the claim:**  Pending claim with the Dept of Labor Commissioner

Last 4 digits of account number  **1731**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,587.78 |

**East Bay Sanitary Co**
**PO Box 1316**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 – 2023**

**Basis for the claim:**  Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,739.77 |

**Ecolab**
PO Box 100512
Pasadena, CA 91189

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number **_**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,681.70 |

**El Cerrito Investment Group, LLC**
Eyring Realty, Inc
PO Box 2408
Danville, CA 94526

Date(s) debt was
incurred **August and September 2023**

Last 4 digits of account number **_**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Unpaid rent for El Cerrito facility for two months**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,750.00 |

**Elam's Consulting & Inspection Services**
164 Robles Dr. #270
Vallejo, CA 94591

Date(s) debt was incurred **7/2023**

Last 4 digits of account number **n/a**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,417.00 |

**Entech Medical**
1910 D Street
La Verne, CA 91750-5410

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number **_**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,907.00 |

**Fire & Security Alarm Company**
1552 Beach Street Unit S
Emeryville, CA 94608

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number **_**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,012.81 |

**First Insurance Funding**
PO Box 3604
Northbrook, IL 60065

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number **_**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,560.93 |

**Graph Insurance Group**
270 Sylan Ave, Suite 2255
Englewood Cliffs, NJ 07632

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number **1033**

- [ ] Contingent
- [ ] Unliquidated
- ■ Disputed

Basis for the claim: **Defense counsel fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | $199.00 |
| | **Grove Menus, Inc** | |
| | **16404 NE 127th Street** | |
| | **Kearney, MO 64060** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | $4,312.00 |
| | **IGeneX Inc** | |
| | **556 Gibraltar Drive** | |
| | **Milpitas, CA 95035** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | $15,666.68 |
| | **Independent Life Medical Supplies LLC** | |
| | **2036 Blake Street** | |
| | **Berkeley, CA 94704** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | $21,918.18 |
| | **Interactive Medical Systems Inc.** | |
| | **aka Interactive Therapy Essentials** | |
| | **PO Box 843789** | |
| | **Los Angeles, CA 90084-3789** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | $4,200,000.00 |
| | **Internal Revenue Service** | |
| | **P O Box 7346** | |
| | **Philadelphia, PA 19101-7346** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **From 2001 -**

Basis for the claim: **Estimated unpaid payroll taxes**

Last 4 digits of account number **5134**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | $82,809.04 |
| | **James Prasad** | |
| | **29910 Bello View Place** | |
| | **Hayward, CA 94544** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **August 2023 - September 2023**

Basis for the claim: **Unpaid rent for Richmond facility for two months**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | $770.00 |
| | **JJ Medical Transport Services** | |
| | **2007 Cavalry Ave.** | |
| | **Manteca, CA 95337** | |

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-41201    Doc# 55    Filed: 10/17/23    Entered: 10/17/23 18:50:34    Page 7 of 16

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

<table>
<tr><td>3.43</td><td>

**Nonpriority creditor's name and mailing address**
**Johnson Controls**
**Dept. CH 10320**
**Palatine, IL 60055-0320**

Date(s) debt was incurred _2022 – 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$14,123.01**</td></tr>

<tr><td>3.44</td><td>

**Nonpriority creditor's name and mailing address**
**Kaiser Foundation Health Plan, Inc**
**File 5915**
**Purchase #602186-0000**
**Los Angeles, CA 90074-5915**

Date(s) debt was
incurred _July 2023 - September 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee health care plan premium**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$184,299.12**</td></tr>

<tr><td>3.45</td><td>

**Nonpriority creditor's name and mailing address**
**Madeline Bernier, et al**
**c/o McMahan & Carroll Law**
**Attn: Carl A. McMahan, Esq.**
**11755 Wilshire Blvd., Ste 2370**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _2093_

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**Unknown**</td></tr>

<tr><td>3.46</td><td>

**Nonpriority creditor's name and mailing address**
**Marin Benefits**
**6366 Commerce Blvd., Suite 293**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _2022 – 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$1,392.00**</td></tr>

<tr><td>3.47</td><td>

**Nonpriority creditor's name and mailing address**
**Matrix Pest Eliminations**
**PO Box 2968**
**Livermore, CA 94551**

Date(s) debt was incurred _2022 – 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$548.00**</td></tr>

<tr><td>3.48</td><td>

**Nonpriority creditor's name and mailing address**
**McKesson Medial-Surgical #31714**
**PO Box 630693**
**Cincinnati, OH 45263-0693**

Date(s) debt was incurred _2022 – 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$90,040.62**</td></tr>

<tr><td>3.49</td><td>

**Nonpriority creditor's name and mailing address**
**McKesson Medical-Surgical 31722**
**PO Box 630693**
**Cincinnati, OH 45263-0693**

Date(s) debt was incurred _2022 – 2023_

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>**$17,483.16**</td></tr>
</table>

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $46,392.22 |
|---|---|---|---|

**Nextaff Group, LLC**
c/o Webster Bank
PO Box 847637
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,292.00 |
|---|---|---|---|

**Nutrition Therapy Essentials**
2350 W. Shaw Ave., Ste. 106
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,418.67 |
|---|---|---|---|

**Office of Statewide Health Plan & Devt**
Dept. of Health Care Access & Info
Sacramento, CA 95833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim:  **Fees**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $237,431.13 |
|---|---|---|---|

**Pharmerica**
Attn: LeeAnn - AR
PO Box 409251
Atlanta, GA 30384-9251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim:  **open invoices**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $10,389.50 |
|---|---|---|---|

**PointClickCare Technologies Inc**
PO Box 674802
Detroit, MI 48267-4802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $146,235.60 |
|---|---|---|---|

**Providence Rehab Group Inc.**
PO Box 5215
Novato, CA 94900-5215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2023 - 8/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,902.44 |
|---|---|---|---|

**Republic Services #851**
3-0851-1103911
PO Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Basis for the claim:  **Garbage service**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | | | |
| --- | --- | --- | --- | --- |
| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $3,514.89 |
| | **Republic Services #852** | ☐ Contingent | | |
| | 3-0851-1210199 | ☐ Unliquidated | | |
| | PO Box 78829 | ☐ Disputed | | |
| | **Phoenix, AZ 85062-8829** | | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Garbage service** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $308.43 |
| | **Republic Services #853** | ☐ Contingent | | |
| | PO Box 78829 | ☐ Unliquidated | | |
| | **Phoenix, AZ 85062-8829** | ☐ Disputed | | |
| | Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Garbage service** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $2,664.20 |
| | **Scent Air Technologies, Inc** | ☐ Contingent | | |
| | PO Box 978754 | ☐ Unliquidated | | |
| | **Dallas, TX 75397** | ☐ Disputed | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $54,475.48 |
| | **Shiftmed, LLC** | ☐ Contingent | | |
| | PO Box 124004 | ☐ Unliquidated | | |
| | **Dallas, TX 75312** | ■ Disputed | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Registry services** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $747.50 |
| | **Simpson, Garrity, Innes & Jacuzzi PC** | ☐ Contingent | | |
| | 601 Gateway Blvd., Suite 950 | ☐ Unliquidated | | |
| | **South San Francisco, CA 94080** | ☐ Disputed | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $2,000.00 |
| | **Skilled MD, Inc.** | ☐ Contingent | | |
| | 1154 Earnest Street | ☐ Unliquidated | | |
| | **Hercules, CA 94547** | ☐ Disputed | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | | $6,447.24 |
| | **Smartlinx Solutions LLC** | ☐ Contingent | | |
| | PO Box 22598 | ☐ Unliquidated | | |
| | **New York, NY 10087-2598** | ☐ Disputed | | |
| | Date(s) debt was incurred **2022 – 2023** | Basis for the claim: **Vendor** | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 23-41201   Doc# 55   Filed: 10/17/23   Entered: 10/17/23 18:50:34   Page 10 of 16

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $327.00 |
|---|---|---|---|

**Some Things Fishy LLC**
**1950 Willow Springs Road**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,906.94 |
|---|---|---|---|

**Spectrio, LLC**
**PO Box 890271**
**Charlotte, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,500.00 |
|---|---|---|---|

**Spherical Medial PC**
**600 Alfred Noble Dr, Ste A**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,340.54 |
|---|---|---|---|

**Staples Advantage**
**Dept LA**
**PO Box 660409**
**Dallas, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,330.00 |
|---|---|---|---|

**Superior Plumbing & Drain Cleaning**
**1000 13th Street**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $27.62 |
|---|---|---|---|

**Sutter East Bay Medical Foundation**
**PO Box 254887**
**Sacramento, CA 95865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $16,183.05 |
|---|---|---|---|

**Sysco Food Services of SF #931287**
**PO Box 5019**
**Fremont, CA 94537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 – 2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 23-41201   Doc# 55   Filed: 10/17/23   Entered: 10/17/23 18:50:34   Page 11 of 16

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,332.31 |
|---|---|---|---|

**Sysco Food Services of SF #931295**
PO Box 5019
Fremont, CA 94537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022 – 2023

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Department of Public Health**
Lic & Cert Program
Grant and Fiscal Assessment Unit
Sacramento, CA 95899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022 – 2023

Basis for the claim:  Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.70 |
|---|---|---|---|

**Tootris**
6170 Cornerstone Ct E, Ste. 33
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022 – 2023

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,334.49 |
|---|---|---|---|

**Trident Diagnostics LLC**
1840 N. Greenville Ave., Ste 178
Richardson, TX 75081-1898

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  March - June (EC/RH Invoices)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyrreia Foreman**
c/o Soho Law Firm
Attn: Edmond Sasooness, Esq.
8889 W. Olympic Blvd. Penthouse
Beverly Hills, CA 90211

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  8/28/2023

Basis for the claim:  Pre-litigation claim by former employee

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**Webfund**
99 Washington Ave., Ste 1008
Albany, NY 12260

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/7/2023

Basis for the claim:  Merchant Cash Advance Loan; UCC statement does not appear to be recorded

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,352.00 |
|---|---|---|---|

**Willie & Monique Shields**
238 Malachite Crt.
Hercules, CA 94547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 2023

Basis for the claim:  Unpaid rent for the corporate facility for one month

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-41201    Doc# 55    Filed: 10/17/23    Entered: 10/17/23 18:50:34    Page 12 of 16

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,255.20 |
|------|---|---|---|

**Zipline.io Limited
Company Number 4835934
2900 Colorado Ave
Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022 – 2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Earleen Miller**<br>c/o Labor Commissioner Office<br>1515 Clay St., Ste 801<br>Oakland, CA 94612 | Line **3.27**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Earleen Miller**<br>c/o Jeremy V. Reyes, Esq.<br>2300 Boynton Avenue, Suite 104C<br>Fairfield, CA 94533 | Line **3.27**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Graph Insurance Group**<br>c/o Lipsius-Benhaim Law, LLP<br>Attn: Meir L. Goldberg<br>80-02 Kew Gardens Rd, Ste 1030<br>Kew Gardens, NY 11415 | Line **3.35**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Hanson Bridgett LLP**<br>Attn: Josue Aparicio, Esq.<br>425 Market St., FL 26<br>San Francisco, CA 94105 | Line **3.27**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Nextaff**<br>8153 Elk Grove Blvd., Ste 20<br>Elk Grove, CA 95758 | Line **3.50**<br><br>☐ Not listed. Explain ___ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 374,048.55 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,466,108.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,840,157.23 |

Case: 23-41201    Doc# 55    Filed: 10/17/23    Entered: 10/17/23 18:50:34    Page 13 of 16

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.    **23-41201**

    **Shields Nursing Centers, Inc.**

_____ Debtor(s). _____ /

### CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 10/17/2023

                              /s/ Michael Jay Berger _____
                              Signature of Debtor's Attorney or Pro Per Debtor

Earleen Miller
c/o Appleton Law Group, APC
Attn: Heather Appleton, Esq.
2041 Rosecrans Ave., Ste. 380
El Segundo, CA 90245


Earleen Miller
c/o Labor Commissioner Office
1515 Clay St., Ste 801
Oakland, CA 94612


Earleen Miller
c/o Jeremy V. Reyes, Esq.
2300 Boynton Avenue, Suite 104C
Fairfield, CA 94533


Elam's Consulting & Inspection Services
164 Robles Dr. #270
Vallejo, CA 94591


Hanson Bridgett LLP
Attn: Josue Aparicio, Esq.
425 Market St., FL 26
San Francisco, CA 94105


Interactive Medical Systems Inc.
aka Interactive Therapy Essentials
PO Box 843789
Los Angeles, CA 90084-3789


Nutrition Therapy Essentials
2350 W. Shaw Ave., Ste. 106
Fresno, CA 93711


Providence Rehab Group Inc.
PO Box 5215
Novato, CA 94900-5215

Tyrreia Foreman
c/o Soho Law Firm
Attn: Edmond Sasooness, Esq.
8889 W. Olympic Blvd. Penthouse
Beverly Hills, CA 90211